```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814        OK/HAV
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    DONALD AMBURN
 6
                 IN THE UNITED STATES DISTRICT COURT
 7
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 8

 9
    UNITED STATES OF AMERICA,    )
10                               )   Case No. CR.S-06-453-DFL
                 Plaintiff,      )
11                               )   STIPULATION AND ORDER
           v.                    )   DATE:  January 18, 2007
12  DONALD AMBURN,               )   TIME:  10:00.a.m.
                                 )   JUDGE: Hon. David F. Levi
13               Defendant.      )
                                 )
14  _____ )
                                 )
15
```

16      It is hereby stipulated and agreed to between the United States of
17 America through ELLEN ENDRIZZI, Assistant U.S. Attorney, and defendant,
18 DONALD AMBURN, by and though his counsel, RACHELLE BARBOUR, Assistant
19 Federal Defender, that the status conference set for December 14, 2006
20 be rescheduled for Thursday, January 18, 2007 at 10:00 a.m.

21      This continuance is being requested because defense counsel is
22 conducting investigation and reviewing the discovery to determine if
23 any motions must be filed.  The parties are also discussing a plea
24 agreement.

25 //
26 //
27 //
28 //

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for January 18, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 4, 2006          Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender

                                         /s/ Rachelle Barbour
                                         RACHELLE BARBOUR
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         DONALD AMBURN

                                         McGREGOR W. SCOTT
                                         United States Attorney

DATED: December 4, 2006          /s/ Rachelle Barbour for
                                         ELLEN ENDRIZZI
                                         Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: 12/11/2006
                                         /s/ David F. Levi
                                         DAVID F. LEVI
                                         UNITED STATES DISTRICT JUDGE