DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814                    **OK/HAV**
Telephone (916) 498-5700

Attorney for Defendant
DONALD AMBURN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|             Plaintiff, | ) Case No. CR.S-06-453-DFL |
|             v. | ) **STIPULATION AND ORDER** |
| DONALD AMBURN, | ) DATE:  February 8, 2007 |
|             Defendant. | ) TIME:  10:00.a.m. |
| | ) JUDGE: Hon. David F. Levi |

It is hereby stipulated and agreed to between the United States of
America through ELLEN ENDRIZZI, Assistant U.S. Attorney, and defendant,
DONALD AMBURN, by and though his counsel, RACHELLE BARBOUR, Assistant
Federal Defender, that the status conference set for January 18, 2007
be rescheduled for Thursday, February 8, 2007 at 10:00 a.m.

This continuance is being requested because defense counsel is
conducting investigation and reviewing the discovery with Mr. Amburn.
The parties are also discussing a plea agreement.  The written plea
agreement must be provided to and discussed with Mr. Amburn prior to a
change of plea.

//

//

//

1    The parties request that speedy trial time be excluded from the

2 date of this order through the date of the status conference set for

3 February 8, 2007,  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)

4 [reasonable time to prepare] (Local Code T4).

5 DATED:  January 16, 2007        Respectfully submitted,

6                                 DANIEL J. BRODERICK
                                  Federal Defender
7

8                                 /s/ Rachelle Barbour
                                  RACHELLE BARBOUR
9                                 Assistant Federal Defender
                                  Attorney for Defendant
10                                DONALD AMBURN

11

12                                McGREGOR W. SCOTT
                                  United States Attorney
13

14
DATED:   January 16, 2007 _____ /s/ Rachelle Barbour for
15                                ELLEN ENDRIZZI
                                  Assistant U.S. Attorney
16

17 _____ **O R D E R**

18    **IT IS SO ORDERED.**

19
DATED: January 17, 2007
20                                /s/ David F. Levi
                                  DAVID F. LEVI
21                                UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28                                **2**