```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814                    OK/HAV
Telephone (916) 498-5700

Attorney for Defendant
DONALD AMBURN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )   Case No. CR.S-06-453-DFL
          Plaintiff,         )
                             )   DATE:  March 8, 2007
     v.                      )   TIME:  10:00.a.m.
DONALD AMBURN,               )   JUDGE: Hon. David F. Levi
                             )
          Defendant.         )
                             )
_____)
```

It is hereby stipulated and agreed to between the United States of America through ELLEN ENDRIZZI, Assistant U.S. Attorney, and defendant, DONALD AMBURN, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for February 8, 2007 be rescheduled for Thursday, March 8, 2007 at 10:00 a.m.

This continuance is being requested because defense counsel is conducting investigation and reviewing the discovery with Mr. Amburn. The parties are also discussing a plea agreement. The written plea agreement must be provided to and discussed with Mr. Amburn prior to a change of plea.

//

//

//

1   The parties request that speedy trial time be excluded from the
2   date of this order through the date of the status conference set for
3   March 8, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable
4   time to prepare] (Local Code T4).

DATED: February 6, 2007        Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender


                               /s/ Rachelle Barbour
                               RACHELLE BARBOUR
                               Assistant Federal Defender
                               Attorney for Defendant
                               DONALD AMBURN



                               McGREGOR W. SCOTT
                               United States Attorney


DATED: February 6, 2007        /s/ Rachelle Barbour for
                               ELLEN ENDRIZZI
                               Assistant U.S. Attorney


                               **O R D E R**

   **IT IS SO ORDERED.**

DATED: 02/07/2007
                               /s/ David F. Levi
                               DAVID F. LEVI
                               UNITED STATES DISTRICT JUDGE

**2**