```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700                            OK/HAV

Attorney for Defendant
DONALD AMBURN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR.S-06-453-DFL |
| Plaintiff, ) | |
| ) | DATE:  March 29, 2007 |
| v. ) | TIME:  10:00.a.m. |
| DONALD AMBURN, ) | JUDGE: Hon. David F. Levi |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through ELLEN ENDRIZZI, Assistant U.S. Attorney, and defendant, DONALD AMBURN, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for March 8, 2007 be rescheduled for Thursday, March 29, 2007 at 10:00 a.m.

This continuance is being requested because defense counsel is conducting investigation and reviewing the discovery with Mr. Amburn. The parties are also discussing a plea agreement. The written plea agreement must be provided to and discussed with Mr. Amburn prior to a change of plea.

//

//

//

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for March 29, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 5, 2007          Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender


                              /s/ Rachelle Barbour
                              RACHELLE BARBOUR
                              Assistant Federal Defender
                              Attorney for Defendant
                              DONALD AMBURN



                              McGREGOR W. SCOTT
                              United States Attorney


DATED: March 5, 2007          /s/ Rachelle Barbour for
                              ELLEN ENDRIZZI
                              Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: March 9, 2007          /s/ David F. Levi
                              DAVID F. LEVI
                              UNITED STATES DISTRICT JUDGE