1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700                    **OK/HAV**

5  Attorney for Defendant
   DONALD AMBURN
6
                   IN THE UNITED STATES DISTRICT COURT
7
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,     )
10                               )     Case No. CR.S-06-453-DFL
               Plaintiff,        )
11                               )     DATE:  May 24, 2007
           v.                    )     TIME:  10:00.a.m.
12 DONALD AMBURN,                )     JUDGE: Hon. David F. Levi
                                 )
13             Defendant.        )
                                 )
14 _____  )

15

16      It is hereby stipulated and agreed to between the United States of

17 America through ELLEN ENDRIZZI, Assistant U.S. Attorney, and defendant,

18 DONALD AMBURN, by and though his counsel, RACHELLE BARBOUR, Assistant

19 Federal Defender, that the status conference set for Monday, April 23,

20 2007 be rescheduled for Thursday, May 24, 2007 at 10:00 a.m.

21      This continuance is being requested because defense counsel is

22 conducting investigation and reviewing the discovery with Mr. Amburn.

23 The parties are also discussing a plea agreement.  The written plea

24 agreement must be discussed with Mr. Amburn prior to a change of plea.

25 //

26 //

27 //

28

1    The parties request that speedy trial time be excluded from the

2  date of this order through the date of the status conference set for

3  May 24, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable

4  time to prepare] (Local Code T4).

5  DATED:  April 19, 2007          Respectfully submitted,

6                                  DANIEL J. BRODERICK
                                   Federal Defender

7

8                                  /s/ Rachelle Barbour
                                   RACHELLE BARBOUR

9                                  Assistant Federal Defender
                                   Attorney for Defendant

10                                 DONALD AMBURN

11

12                                 McGREGOR W. SCOTT
                                   United States Attorney

13

14

15 DATED:  April 19, 2007          /s/ Rachelle Barbour for
                                   ELLEN ENDRIZZI
                                   Assistant U.S. Attorney

16

17  _____**O R D E R**

18     **IT IS SO ORDERED.**

19

20 DATED: April 26, 2007
                                   /s/ David F. Levi

21                                 DAVID F. LEVI
                                   UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28                                      **2**