```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DONALD AMBURN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-06-453-DLJ |
| Plaintiff, | ) | |
| | ) | DATE: July 31, 2007 |
| v. | ) | TIME: 10:00.a.m. |
| DONALD AMBURN, | ) | JUDGE: Hon. D. Lowell Jensen |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through ELLEN ENDRIZZI, Assistant U.S. Attorney, and defendant, DONALD AMBURN, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for Tuesday, June 19, 2007 be rescheduled for Tuesday, July 31, 2007 at 9:00 a.m.

This continuance is being requested because defense counsel is conducting investigation and reviewing the discovery with Mr. Amburn. The parties are also discussing a plea agreement.  The written plea agreement must be discussed with Mr. Amburn prior to a change of plea.

//

//

//

1  The parties request that speedy trial time be excluded from the
2 date of this order through the date of the status conference set for
3 July 31, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable
4 time to prepare] (Local Code T4).

5 DATED: June 14, 2007          Respectfully submitted,

6                               DANIEL J. BRODERICK
                                Federal Defender
7

8                               /s/ Rachelle Barbour
                                RACHELLE BARBOUR
9                               Assistant Federal Defender
                                Attorney for Defendant
10                              DONALD AMBURN

11

12                              McGREGOR W. SCOTT
                                United States Attorney
13

14
   DATED: June 14, 2007         /s/ Rachelle Barbour for
15                              ELLEN ENDRIZZI
                                Assistant U.S. Attorney
16

17                          **O R D E R**

18     **IT IS SO ORDERED.**

19 DATED:
20                              D. LOWELL JENSEN
                                UNITED STATES DISTRICT JUDGE

2