```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    DONALD AMBURN
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-06-453-DLJ |
| Plaintiff, | ) | |
| | ) | DATE: September 25, 2007 |
| v. | ) | TIME: 9:00.a.m. |
| DONALD AMBURN, | ) | JUDGE: Hon. D. Lowell Jensen |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through ELLEN ENDRIZZI, Assistant U.S. Attorney, and defendant, DONALD AMBURN, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for Tuesday, July 31, 2007 be rescheduled for Tuesday, September 25, 2007 at 9:00 a.m.

This continuance is being requested because defense counsel is conducting investigation and reviewing the discovery with Mr. Amburn. The parties are also discussing a plea agreement. The written plea agreement must be discussed with Mr. Amburn prior to a change of plea.

//

//

//

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for September 25, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 30, 2007                Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Rachelle Barbour
                                    RACHELLE BARBOUR
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    DONALD AMBURN



                                    McGREGOR W. SCOTT
                                    United States Attorney


DATED: July 30, 2007                /s/ Rachelle Barbour for
                                    ELLEN ENDRIZZI
                                    Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: July 30, 2007

                                    /s/ D. Lowell Jensen
                                    D. LOWELL JENSEN
                                    UNITED STATES DISTRICT JUDGE

3