```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    DONALD AMBURN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-06-453-DLJ |
| Plaintiff, | ) | |
| | ) | DATE: October 23, 2007 |
| v. | ) | TIME: 9:00.a.m. |
| DONALD AMBURN, | ) | JUDGE: Hon. D. Lowell Jensen |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through ELLEN ENDRIZZI, Assistant U.S. Attorney, and defendant, DONALD AMBURN, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for Tuesday, October 9, 2007 be rescheduled for Tuesday, October 23, 2007 at 9:00 a.m.

This continuance is being requested because defense counsel is conducting investigation and reviewing the discovery with Mr. Amburn. The parties are also discussing a plea agreement. The written plea agreement must be discussed with Mr. Amburn prior to a change of plea.

//

//

//

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for October 23, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 4, 2007            Respectfully submitted,

                                           DANIEL J. BRODERICK
                                           Federal Defender

                                           /s/ Rachelle Barbour
                                           RACHELLE BARBOUR
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           DONALD AMBURN


                                           McGREGOR W. SCOTT
                                           United States Attorney


DATED: October 4, 2007           /s/ Rachelle Barbour for
                                           ELLEN ENDRIZZI
                                           Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: 10/9/2007                 /s/ D. Lowell Jensen
                                           D. LOWELL JENSEN
                                           UNITED STATES DISTRICT JUDGE