```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    DONALD AMBURN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-06-453-DLJ |
| Plaintiff, | ) | |
| | ) | DATE: November 20, 2007 |
| v. | ) | TIME: 9:00.a.m. |
| DONALD AMBURN, | ) | JUDGE: Hon. D. Lowell Jensen |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated and agreed to between the United States of America through ELLEN ENDRIZZI, Assistant U.S. Attorney, and defendant, DONALD AMBURN, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for Tuesday, October 23, 2007 be rescheduled for Tuesday, November 20, 2007 at 9:00 a.m.

This continuance is being requested because defense counsel is conducting investigation and reviewing the discovery with Mr. Amburn. The parties are also discussing a plea agreement.  The written plea agreement must be discussed with Mr. Amburn prior to a change of plea.

//

//

//

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for November 20, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: October 17, 2007          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender


                                 /s/ Rachelle Barbour
                                 RACHELLE BARBOUR
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 DONALD AMBURN



                                 McGREGOR W. SCOTT
                                 United States Attorney


DATED: October 17, 2007          /s/ Rachelle Barbour for
                                 ELLEN ENDRIZZI
                                 Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: 10/22/2007
                                 /s/ D. Lowell Jensen
                                 D. LOWELL JENSEN
                                 UNITED STATES DISTRICT JUDGE

**2**