DANIEL BRODERICK
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research and Writing Attorney
DESIGNATED COUNSEL FOR SERVICE
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
DONALD AMBURN


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. Cr. S. 06-0453-JAM |
| | ) |
| Plaintiff, | ) UNOPPOSED |
| | ) MOTION TO TERMINATE |
| v. | ) PROBATION UNDER 18 U.S.C. |
| | ) § 3583(E)(1) |
| DONALD AMBURN, | ) |
| | ) |
| Defendant. | ) Judge: Hon. John A. Mendez |
| | ) |
| _____ | ) |

    Defendant, DONALD AMBURN, hereby moves the Court to terminate his term of probation pursuant to 18 U.S.C. § 3583(e)(1). Mr. Amburn was placed on 60 months of probation on February 28, 2008. He has been in full compliance of his terms of probation since then. The probation officer and the government do not oppose this motion.

    Title 18, section 3583(e)(1) of the United States Code permits the Court to terminate a defendant's term of probation at any time after the expiration of one year of supervision if the Court is "satisfied that such action is warranted by the conduct of the defendant released

and the interest of justice."  Mr. Amburn has completed over 18 months of probation as of the date of this motion.

Mr. Amburn's current probation officer, Wendy Reyes, has indicated that Mr. Amburn has completed all of the conditions of his probation. He has satisfied all requirements of probation and owes no restitution or fine.  Ms. Reyes has told counsel for the defendant that Mr. Amburn is not using any services through the probation office.  Ms. Reyes confirmed with defense counsel that she has no opposition to this motion for early termination of probation.

Defense counsel has provided Assistant United States Attorney Ellen Endrizzi with a draft of this motion.  She has authorized defense counsel to state that she does not oppose this motion.

Mr. Amburn is fully compliant with the dictates of probation.  He has remained employed and consistently drug tested clean.  He seeks to have this Court terminate his supervision so that he can improve his employment opportunities in the future.

As Mr. Amburn has completed all conditions of probation and requires no services from the probation office, he respectfully requests that his probation be terminated.  A proposed order is attached for the Court's convenience.

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

DATED: September 22, 2009      /s/Rachelle Barbour

                                      _____
                                      RACHELLE BARBOUR
                                      Research and Writing Attorney
                                      Attorney for Defendant

**O R D E R**

IT IS HEREBY ORDERED that Donald Amburn's term of probation be terminated as of the date of this Order pursuant to 18 U.S.C. § 3583(e)(1).

Dated: 09/23/2009_____
_____         /s/ John A. Mendez
                                     Hon. JOHN A. MENDEZ
                                     UNITED STATES DISTRICT JUDGE